**PORZIO, BROMBERG & NEWMAN P.C.**
100 Southgate Parkway
Morristown, NJ 07962-1997
(973) 538-4006
(973) 538-5146 Fax
*Attorneys for Defendant*
Facebook, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON HUHN, on behalf of himself and all persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | CIVIL ACTION NO.: 2:16-cv-03681-KM-JBC<br><br>**L.CIV.R. 6.1 APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** |

Application is hereby made for a Clerk's Order pursuant to L. Civ. R. 6.1 for a 14-day extension of the time within which defendant Facebook, Inc., ("Defendant") may file an answer, motion, or other response to the complaint in the above-captioned action, without waiver of Defendant's right to object to defects in process or service of process, jurisdiction, venue, or of any other defense. It is represented that:

1. No previous extension has been obtained.

2. The complaint was filed on May 20, 2016, in the Superior Court of New Jersey, Law Division, Morris County, under docket no. MRS-L-1155-16.

3. On or around May 25, 2016, Plaintiff attempted service of process on the Defendant by delivering a copy of the summons and complaint.

4. Defendant filed a Notice of Removal and Civil Cover Sheet on June 22, 2016.

5. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant must answer, move, or otherwise respond to plaintiff's complaint within 7 days after the Notice of Removal was filed, i.e., by June 29, 2016.

6. With the 14-day extension, Defendant's deadline to answer, move, or otherwise respond to the complaint will be July 13, 2016.

**PORZIO, BROMBERG & NEWMAN P.C.**
100 Southgate Pkwy., P.O. Box 1997
Morristown, NJ 07962-1997
(973) 538-4006
spbenenson@pbnlaw.com
*Attorneys for Defendant*
Facebook, Inc.

By:   *s/ Steven P. Benenson*

Date: June 24, 2016        Steven P. Benenson
                           An Attorney of the Firm

### CLERK'S ORDER

The above application is **ORDERED GRANTED**, and Defendant's time to answer, move, or otherwise respond to the complaint is hereby extended to July 13, 2016.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____
    Deputy Clerk

2

3431654

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this date, the foregoing document is being electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  Transmission of the notice of electronic filing constitutes service of filed documents pursuant to L.Civ.R. 5.2(14)(b)(1).


|  |  |
|---|---|
|  | *s/ Steven P. Benenson* |
| Date:  June 24, 2016 | Steven P. Benenson |